USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 3 2020

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE PETITION OF

PJSC URALKALI FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING

Misc. No. 20-mc-56 (LAK)

## [PROPOSED] ORDER UNDER 28 U.S.C. § 1782 TO ISSUE A SUBPOENA TO LAWRENCE STROLL FOR THE TAKING OF DEPOSITION AND THE PRODUCTION OF DOCUMENTS FOR USE IN A FOREIGN PROCEEDING

The Petition of PJSC Uralkali ("Petitioner") for an order under 28 U.S.C. § 1782 to Conduct Limited Discovery for Use in a Foreign Proceeding was submitted on January 30, 2020. It is hereby:

**ORDERED** that the Petitioner is authorized to serve Lawrence Stroll with the subpoena attached as Exhibit D to the Declaration of Kevin Lloyd. This order is without prejudice to any motion to quash or modify the subpoena.

IT IS SO ORDERED.

Dated: 2/3/2020

_____
United States District Judge

1005896935v1